# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Arthur H. Lange et al | CASE NUMBER: |
| | |
| PLAINTIFF | CV 21-05376-FWS (JPRx) |
| v. | |
| Ford Motor Company et al | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on     July 27, 2022 as docket number 54     (the "Offer of Judgment"), judgment is hereby entered for

 Plaintiffs Arther Lange and Laura Lange

and against

 Defendant Ford Motor Company

 according to the terms set forth in the Offer of Judgment.


Date:  August 12, 2022              By:  Melissa H. Kunig

                                         Deputy Clerk