# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Arthur H. Lange et al | CASE NUMBER: |
|---|---|
| PLAINTIFF | CV 21-05376-FWS (JPRx) |
| v. | |
| Ford Motor Company et al | **\*AMENDED\*** **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on July 27, 2022 as docket number  54  (the "Offer of Judgment"), judgment is hereby entered for

Plaintiffs Arthur Lange, as successor in interest for Linda Lange

and against

Defendant Ford Motor Company

according to the terms set forth in the Offer of Judgment.

Date: September 2, 2022

By: Melissa H. Kunig
Deputy Clerk